JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Criminal Division Chief

SUSAN R. JERICH ( CSBN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 09-798 MHP |
| | ) | |
| Plaintiff, | ) | PARTIES' STIPULATION AND |
| | ) | [PROPOSED] ORDER EXCLUDING |
| v. | ) | TIME UNDER SPEEDY TRIAL ACT |
| | ) | |
| JESUS AGUIRRE VALDES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1.  The parties appeared on this matter before the Honorable Marilyn Hall Patel on August 24, 2009 for an initial appearance.

   2. Counsel for the government advised the court that discovery had been provided.  Counsel for the defendant requested one month to review the discovery and discuss the matter with her client.  Counsel for the defense asked that time be excluded based upon effective preparation of counsel.

   3. The Court found that effective preparation of counsel was a satisfactory basis upon which to grant the defendant's motion for additional time.  Therefore, the Court continued this matter until September 21, 2009 for status.

STIPULATION AND PROPOSED ORDER
CR 09-798 MHP

1    4. Both parties hereby request that the time period from August 24, 2009 until September 21,

2  2009, be excluded from the calculation of time under the Speedy Trial Act in order that counsel

3  be able to effectively prepare this case.

4    5.  In light of the foregoing facts, the failure to grant the requested exclusion would

5  unreasonably deny counsel for the defense the reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence.  See 18 U.S.C.

7  § 3161(h)(8)(B)(iv).  In addition, the ends of justice would be served by the Court excluding the

8  proposed time period.  These ends outweigh the best interest of the public and the defendant in a

9  speedy trial.  See id. § 3161(h)(8)(A), (B)(iv).

10    6.  For the reasons stated, the time period from August 24,2009 through September 21, 2009

11  shall be excluded from the calculation of time under the Speedy Trial Act.

12  SO STIPULATED.

13  DATED: 08/24/09                              Respectfully Submitted,

14

15

16                                                /s/
     _____
     SUSAN R. JERICH

17    Assistant United States Attorney

18  DATED: 08/26/09

19                                                /s/
     _____
     SHANA KEATING

20    Counsel for Defendant Jesus Aguirre Valdes

21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24  DATED:  8/28/2009

25  HON. MARILYN H. PATEL
    United States District Judge

26

27

28
     STIPULATION AND PROPOSED ORDER
     CR 09-798 MHP                                2

1    until September 21. 2009 for status.

2        4. Both parties hereby request that the time period from August 24. 2009 until September 21.

3    2009, be excluded from the calculation of time under the Speedy Trial Act in order that counsel

4    be able to effectively prepare this case.

5        5. In light of the foregoing facts, the failure to grant the requested exclusion would

6    unreasonably deny counsel for the defense the reasonable time necessary for effective

7    preparation, taking into account the exercise of due diligence. See 18 U.S.C.

8    § 3161(h)(8)(B)(iv). In addition, the ends of justice would be served by the Court excluding the

9    proposed time period. These ends outweigh the best interest of the public and the defendant in a

10   speedy trial. See id. § 3161(h)(8)(A), (B)(iv).

11       6. For the reasons stated, the time period from August 24,2009 through September 21. 2009

12   shall be excluded from the calculation of time under the Speedy Trial Act.

13   SO STIPULATED.

14   DATED: 08/24/09                        Respectfully Submitted,

15

16

17                                          /s/
                                            SUSAN R. JERICH
18                                          Assistant United States Attorney

19   DATED:

20                                          for SR
                                            SHANA KEATING
21                                          Counsel for Defendant Jesus Aguirre Valdes

22

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25

26   DATED:
                                            HON. MARILYN H. PATEL
27                                          United States Federal Judge

28   STIPULATION AND PROPOSED ORDER                    2
     CR 09 0798 MHP