JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158
   Facsimile: (415) 436-6982
   Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 09-798 MHP |
|    Plaintiff, ) | PARTIES' STIPULATION AND |
|    VS. ) | ~~PROPOSED~~ ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE |
| JESUS AGUIRRE-VALDES ) | |
|    Defendants. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties are currently scheduled to appear before this court on Monday, September 21, 2009 for status. The parties, however, request a continuance for this status date.

   2. While most of the discovery in this matter has been provided, it is still ongoing.  Discovery should be completed by September 28, 2009.  Counsel for the defendant will require time to review the outstanding discovery which consists of recorded telephone conversations in the Spanish language.

   3. Accordingly, the parties request that the court continue this matter until October 26, 2009. The parties stipulate that the time between September 21, 2009 and October 26, 2009, shall be

STIPULATION AND PROPOSED ORDER
CR 09-798 MHP

1  excluded from the period of time within which the speedy trial must commence under the Speedy
2  Trial Act, 18 U.S.C. §3161 et. seq., pursuant to Title 18, United States Code, Section
3  3161(h)(7)(A), since counsel for the defendant requires additional discovery, time to review that
4  discovery and to effectively prepare the matter.  It is stipulated that the ends of justice outweigh
5  the best interest of the public and defendants in a speedy trial and the denial of the stipulation to
6  continue the status hearing would unreasonably
7  deny the defendants reasonable time necessary for effective preparation of the defense.
8        SO STIPULATED.
9  Dated: September 16, 2009                    Respectfully submitted,

                                               /s/ Susan R. Jerich
                                               SUSAN R. JERICH
                                               Assistant United States Attorney

                                               /s/ Shana Keating
                                               Attorney for Jesus Aguirre Valdes

   SO ORDERED.

   DATED:  __9/18/2009_____

   IT IS SO ORDERED
   Judge Marilyn H. Patel

STIPULATION AND PROPOSED ORDER
CR 09-798 MHP
                                    2