JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

 450 Golden Gate Ave., Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7200
 Fax: (415) 436-7234
 E-Mail: denise.barton@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-0798 MHP |
| Plaintiff, | ~~PROPOSED~~ ORDER EXCLUDING TIME FROM FEBRUARY 8, 2010 TO MARCH 22, 2010 |
| v. | |
| JESUS AGUIRRE VALDES, | |
| Defendant. | |

 On February 8, 2010, Defendant Jesus Aguirre Valdes, represented by attorney Shana Keating, and the United States, represented by Assistant United States Attorney Matthew McCarthy appeared before the Court for a Status Hearing. At the hearing, the United States advised the Court that new counsel for the government had been assigned to the case upon the departure of prior government counsel; that new government counsel was reviewing the file; and that the parties were in discussions to resolve this matter.

 For all these reasons, the parties requested a continuance until March 22, 2010 and agreed that time was properly excluded between February 8, 2010 and March 22, 2010 under the Speedy Trial Clock for continuity of counsel and to afford government and defense counsel

U.S. v. VALDES,
PROPOSED ORDER EXCLUDING TIME FROM FEBRUARY 8, 2010 TO MARCH 22, 2010,
CR No. 09-0798 MHP

1  reasonable time necessary for effective preparation, taking into account the exercise of due
2  diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
3          Based upon the representation of counsel and for good cause shown, the Court finds that
4  failing to exclude the time between February 8, 2010 and March 22, 2010 would unreasonably
5  deny the government continuity of counsel and would deny all counsel the reasonable time
6  necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18
7  U.S.C. § 3161(h)(7)(A), (B)(iv).  The Court further finds that the ends of justice served by
8  excluding the time between February 8, 2010 and March 22, 2010 from computation under the
9  Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
10  Therefore, IT IS HEREBY ORDERED that the time between February 8, 2010 and March 22,
11  2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
12  3161(h)(7)(A) and (B)(iv).

15  SO ORDERED:

17  DATED: March __30__, 2010

                                                    _____
                                                    HON. MARILYN HALL PATEL
                                                    United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]

U.S. v. VALDES,
PROPOSED ORDER EXCLUDING TIME FROM FEBRUARY 8, 2010 TO MARCH 22, 2010,
CR No. 09-0798 MHP                    2