1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON  (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: denise.barton@usdoj.gov
8

9  Attorneys for the United States of America

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )   CR No. 09-0798 MHP
                                      )
14         Plaintiff,                 )   ~~PROPOSED~~ ORDER EXCLUDING TIME
                                      )   FROM MARCH 22, 2010 TO APRIL 26,
15       v.                           )   2010
                                      )
16 JESUS AGUIRRE VALDES,              )
                                      )
17         Defendant.                 )
                                      )
18 _____)

19         On March 22, 2010, Defendant Jesus Aguirre Valdes, represented by attorney Shana

20 Keating, and the United States, represented by Assistant United States Attorney Denise Marie

21 Barton appeared before the Court for a Status Hearing.  At the hearing, counsel for the defense

22 advised the Court that government counsel had provided the defense with a timely plea offer but

23 that due to obligations in a pending complex, multi-defendant case, that she had not had

24 sufficient time to discuss outstanding issues with government counsel and continue discussions

25 regarding resolution of the matter.

26         For all these reasons, the parties requested a continuance until April 26, 2010 and agreed

27 that time was properly excluded between March 22, 2010 and April 26, 2010 under the Speedy

28

1  Trial Clock for continuity of counsel and to counsel reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §
3  3161(h)(7)(B)(iv).
4       Based upon the representation of counsel and for good cause shown, the Court finds that
5  failing to exclude the time between March 22, 2010 and April 26, 2010 would unreasonably deny
6  the parties continuity of counsel and the reasonable time necessary for effective preparation,
7  taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The
8  Court further finds that the ends of justice served by excluding the time between March 22, 2010
9  and April 26, 2010 from computation under the Speedy Trial Act outweigh the best interests of
10 the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the
11 time between March 22, 2010 and April 26, 2010 shall be excluded from computation under the
12 Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15 SO ORDERED:

17 DATED: March  30 , 2010

*IT IS SO ORDERED*

Judge Marilyn H. Patel